UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ERICK NOE PAREDES LEON and FERSON ROELI CARBAJAL DIAZ, individually and on behalf of all others similarly situated,

                        Plaintiffs,

- against -

ANDERSON'S TREE SERVICE, INC. and GINETTA ANDERSON and CHRISTIAN ANDERSON, as individuals,

                        Defendants.

Index No.: 23-cv-09525
(JMA) (JMW)

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE, that Christopher K. Collotta, Esq. of the law firm **ZABELL & COLLOTTA, P.C.**, located at 1 Corporate Drive, Bohemia, New York 11716, hereby appears as counsel for Defendants, **ANDERSON'S TREE SERVICE, INC. and GINETTA ANDERSON and CHRISTIAN ANDERSON**, in connection with the above-captioned matter. Please note our appearance as counsel and forward all past and future correspondence to the undersigned.

Dated: January 4, 2024
      Bohemia, New York

                                      ZABELL & COLLOTTA, P.C.
                                      *Attorneys for Defendants*

                                      By: _____
                                      Christopher K. Collotta, Esq.
                                      Zabell & Collotta, P.C.
                                      1 Corporate Drive, Suite 103
                                      Bohemia, New York 11716
                                      Tel.: (631) 589-7242
                                      Fax: (631) 563-7475
                                      CCollotta@laborlawsny.com