# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

May 6, 2024

To (via ECF):
The Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

      Re: Leon et al v. Anderson's Tree Service Inc. et al
         Civil Docket No.: 2:23-cv-09525-JMA-JMW

Dear Judge Wicks:

    Our office represents Plaintiffs in the above-referenced matter, and we submit this letter jointly with counsel for Defendants pursuant to this Court's FLSA Order dated February 21, 2024 [Dkt. No. 17].

    The parties have met and conferred on this matter. Both parties have exchanged initial disclosures pursuant to the February 21, 2024 FLSA Order. The parties respectfully request a referral to the EDNY Mediation Program. If this request is granted, the parties will promptly notify this Court of the selection of mediator and scheduled mediation date.

    We thank Your Honor for his kind consideration in this matter and remain available to provide any additional information.

                                               Respectfully submitted,

                                               /s/
                                         _____
                                         Katelyn M. Schillaci, Esq.

CC (via ECF):

Christopher Keith Collotta
Zabell & Associates, P.C.
1 Corporate Drive, Suite 103
Bohemia, NY 11716
Email: ccollotta@laborlawsny.com

Saul D. Zabell
Zabell & Collotta, PC
One Corporate Drive, Suite 103
Bohemia, NY 11716
Email: SZabell@laborlawsny.com