UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ERICK NOE PAREDES LEON and GERSON ROELI CARBAJAL DIAZ, individually and on behalf of all others similarly situated,

**NOTICE OF APPEARANCE**

Plaintiffs,

23-cv-9525

-against-

ANDERSON'S TREE SERVICE, INC. and GINETTA ANDERSON and CHRISTIAN ANDERSON, as individuals,

Defendants.
------------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that HELEN F. DALTON & ASSOCIATES, P.C., attorneys of record for the Plaintiffs herein, hereby adds the undersigned as co-counsel of record, for the Plaintiffs on this matter:

Katelyn M. Schillaci, Esq. (6060156) – katelyn@helendalton.com
**HELEN F. DALTON & ASSOCIATES, P.C.**
*Attorneys for Plaintiffs*
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, New York
      May 6, 2024

*Katelyn M. Schillaci*
Katelyn M. Schillaci, Esq.
**HELEN F. DALTON & ASSOCIATES, P.C.**
Attorneys for the Plaintiffs
80-02 Kew Gardens Road
Suite 601
Kew Gardens, New York 11415