

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
T. (718) 263-9591 | F. (718) 263-9598

July 3, 2024

To (via ECF):
The Honorable James M. Wicks, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

        Re: Leon et al v. Anderson's Tree Service Inc. et al
          Civil Docket No.: 2:23-cv-09525-JMA-JMW

Dear Judge Wicks:

    Our office represents Plaintiffs in the above-referenced matter, and we submit this letter jointly with counsel for Defendants pursuant to this Court's Order dated May 7, 2024.

    The parties are scheduled for a mediation on July 17, 2024, via zoom with Mediator James Brown. In light of this, the parties respectfully request that the deadline to complete mediation be extended to July 17, 2024. Moreover, the parties respectfully request one (1) week after mediation, or by July 24, 2024, to file a joint status letter indicating the outcome of mediation.

    We thank Your Honor for his kind consideration in this matter and remain available to provide any additional information.

                                     Respectfully submitted,

                                     /s/
                                  _____
                                   Katelyn M. Schillaci, Esq.

CC (via ECF):

Christopher Keith Collotta
Zabell & Associates, P.C.
1 Corporate Drive, Suite 103
Bohemia, NY 11716
Email: ccollotta@laborlawsny.com

Saul D. Zabell
Zabell & Collotta, PC
One Corporate Drive, Suite 103
Bohemia, NY 11716
Email: SZabell@laborlawsny.com