Helen F. Dalton & Associates, P.C.
James O'Donnell (JO 8042)
80-02 Kew Gardens Road, Suite 601
Kew Gardens, NY 11415
Telephone: (718) 263-9591

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

ERICK NOE PAREDES LEON and GERSON ROELI CARBAJAL DIAZ, individually and on behalf of all others similarly situated

        Plaintiff,

-against-

ANDERSON'S TREE SERVICE, INC. and GINETTA ANDERSON and CHRISTIAN ANDERSON, as individuals,

        Defendants.

-----------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

23-cv-9525

**PLEASE TAKE NOTICE** THAT HELEN F. DALTON & ASSOCIATES, P.C., attorneys for Plaintiff herein, add the undersigned as co-counsel of record for Plaintiff in this matter:

**Zubair A. Tahir (5877410)** – ztahir@helendalton.com
Helen F. Dalton & Associates, P.C.
Attorneys for Plaintiff
80-02 Kew Gardens Road Suite 601
Kew Gardens, New York 11415
Tel: 718-263-9591

Dated: Kew Gardens, NY
April 21, 2025

            /s/ Zubair A. Tahir
            Zubair A. Tahir (5877410)
            Helen F. Dalton & Associates, P.C.
            Attorneys for Plaintiff
            80-02 Kew Gardens Road Suite 601
            Kew Gardens, New York 11415