| 12/28/2023 | 1 | COMPLAINT against Christian Anderson, Ginetta Anderson, Anderson's Tree Service Inc. filing fee $ 405, receipt number ANYEDC-17414213 Was the Disclosure Statement on Civil Cover Sheet completed -NO,, filed by Erick Noe Paredes Leon, Gerson Roeli Carbajal Diaz. (Avshalumov, Roman) (Entered: 12/28/2023) |



**Invoice Number:**
**Account:** HFD
**Invoice Date:** 2/13/2024
**Sub Total:** $524.00
**Tax Total:** $0.00
**Balance Due:** $524.00

# INVOICE

TAX ID # 

1235 Broadway
2nd Floor
New York, NY 10001
(212) 233-4040
(212) 732-4327 (fax)
nyprocessinfo@lexitaslegal.com

RAKEYSHA RILEY
HELEN F. DALTON ASSOCIATES, P.C
80-02 KEW GARDENS ROAD, SUITE 601
KEW GARDENS NY 11415
UNITED STATES

Route: 70

File #: 2023-L163        Your Contact: Michael Avelino
Index #: 2:23-cv-09525-JMA-JMW
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK
ERICK NOE PAREDES LEON and GERSON ROELI CARBAJAL DIAZ, individually and on behalf of all others similarly situated v. ANDERSON'S TREE SERVICE, INC., ETAL

| Job # | Date | Servee | Line Item Detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|---|
| 20635508 | 1/4/2024 | ANDERSONS TREE SERVICE, INC. | | | | | $75.00 |
| | | | *SUMMONS AND COMPLAINT CIVIL COVER SHEET* | | | | |
| | | | CHARGE - Mailing | | | $65.00 | |
| | | | FILE_CHARGE - E-file Affidavit | | | $10.00 | |
| 20635557 | 2/2/2024 | ANDERSONS TREE SERVICE, INC. | | | | | $122.00 |
| | | | *SUMMONS AND COMPLAINT CIVIL COVER SHEET* | | | | |
| | | | CHARGE - Serve Sec. of State; | | | $72.00 | |
| | | | FILE_CHARGE - E-file Affidavit | | | $10.00 | |
| | | | SOS_FEE_ADV - Sec. of State Fee Advanced | | $40.00 | | |
| 20635573 | 1/5/2024 | ANDERSONS TREE SERVICE, INC. | | | | | $109.00 |
| | | | *SUMMONS AND COMPLAINT CIVIL COVER SHEET* | | | | |
| | | | CHARGE - Service in Suffolk County | | | $99.00 | |
| | | | FILE_CHARGE - E-file Affidavit | | | $10.00 | |
| 20635581 | 1/5/2024 | GINETTA ANDERSON | | | | | $109.00 |
| | | | *SUMMONS AND COMPLAINT CIVIL COVER SHEET* | | | | |
| | | | CHARGE - Service in Suffolk County | | | $99.00 | |
| | | | FILE_CHARGE - E-file Affidavit | | | $10.00 | |
| 20635599 | 1/5/2024 | CHRISTIAN ANDERSON | | | | | $109.00 |
| | | | *SUMMONS AND COMPLAINT CIVIL COVER SHEET* | | | | |
| | | | CHARGE - Service in Suffolk County | | | $99.00 | |
| | | | FILE_CHARGE - E-file Affidavit | | | $10.00 | |

**Total Due:** **$524.00**



**Outlook**

---

**Leon et al. v. Anderson's Tree Service, Inc. et al. - Case No.: 23-cv-09525**

---

| | |
|---|---|
| **From** | James Brown <jamesabrownlaw@gmail.com> |
| **Date** | Tue 7/9/2024 8:35 AM |
| **To** | Katelyn Schillaci <katelyn@helendalton.com> |

Katelyn,

In connection with next week's mediation, please remit your client's $300.00 retainer together with a pre-mediation statement.

If you prefer, you may use Zelle to remit the retainer to: <u>jamesabrownlaw@gmail.com</u>.

Thanks, Jim Brown

James A. Brown, Esq.
Arbitrator and Mediator
*Member, National Academy of Arbitrators*



| For Checks - Remit To: | **INVOICE** | Your Local Lexitas Business Unit |
|---|---|---|
| P.O. BOX 734298<br>DEPT. 2011<br>DALLAS, TX 75373-4298<br><br>Fed.I.D. #47-2685460<br>DEPOSITION SOLUTIONS LLC<br>*LEXITAS*<br><br>Please List Your Invoice & Check Application With Remittance | | Phone: 800-678-0166 Fax: 516-678-4488<br>100 MERRICK ROAD, SUITE 320W<br>ROCKVILLE CENTRE, NY 11570<br>Nytristatear@Lexitaslegal.Com |

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1215774 | 04/3/2025 | 885324 |
| **Job Date** | **Case No.** | **BU ID** |
| 03/24/2025 | 2:23-CV-09525-JMA-JMW | New York |
| | **Case Name** | |
| | LEON ET AL V. ANDERSON'S TREE SERVICE INC. ET AL | |
| | **Payment Terms** | |
| | NET 30 | |

**Bill To:**

HELEN F. DALTON & ASSOCIATES
Attn: JAMES O'DONNELL, ESQ.
80-02 KEW GARDENS ROAD
SUITE 601
KEW GARDENS, NY 11415

Index No. : **2:23-CV-09525-JMA-JMW**

| **Transcript Of:**<br>CHRISTIAN ANDERSON - Date Taken: 03/24/2025 | 69 Pages | @ $4.50 | $310.50 | O+2 |
|---|---|---|---|---|
| **Transcript Of:**<br>GINETTA ANDERSON - Date Taken: 03/24/2025 | 44 Pages | @ $4.50 | $198.00 | O+2 |

| APPEARANCE RATE REMOTE | 1 | $60.00 | $60.00 |
|---|---|---|---|
| ADMINISTRATION FEE | 1 | $10.00 | $10.00 |
| CONNECTION LINK - LEXITAS LEGALVIEW LITE | 1 | $25.00 | $25.00 |
| DIGITIZATION / ARCHIVE FEE | 1 | $12.00 | $12.00 |
| EXHIBITS FLAT FEE | 1 | $10.00 | $10.00 |

Invoice Total : **$625.50**

**EXHIBIT**

Balance Due Amount : $625.50



J B
JOB NO: **885324**
ONLY MAIL INVOICE - DO NOT SEND TRANSCRIPT

2023-463

REMITTANCE - TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.

Remittance is due 30 days from the date of the invoice. At 30 days past the payment due date, a 1.5% monthly surcharge may be added. Please contact us if you have any question or think there is an error on this invoice within 90 days of the invoice date. No adjustments will be made to invoices after 90 days. Accounts unpaid after 90 days agree to pay all collections costs including reasonable attorney's fees.

**By Credit Card Or ECheck:** Please Log into Lexitas OnDemand: https://www.depositionnet.com/mystatement.php or visit https://www.lexitaslegal.com/bill-pay. Use your invoice and job number in the designated fields.

By **ACH Or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details. To ensure proper payment application, a remittance detail including the department number 2011 and invoice numbers should be emailed to remittance@lexitaslegal.com.